```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/5/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRADLEY SHOVE,

                Plaintiff,

-against-

INTELLIGRATED SYSTEMS, INC., and
HONEYWELL INTERNATIONAL, INC.,

                Defendants.

1:19-cv-10205-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

      IT IS HEREBY ORDERED that the Post-Discovery Conference that was scheduled to take place on August 6, 2020 is adjourned to August 20, 2020 at 11:30 AM. Because of the ongoing COVID-19 pandemic, the conference shall be held by telephone. The conference can be accessed by calling the Court's teleconference line at 888-278-0296 at the scheduled time. When prompted, enter Access Code 5195844. The Court will join once all of the parties are on the line.

**SO ORDERED.**

**Date: August 5, 2020**
**New York, NY**

                          _____
                          **MARY KAY VYSKOCIL**
                          **United States District Judge**