**Ogletree Deakins**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/26/2021

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys At Law*

599 Lexington Avenue, 17th Floor
New York, NY  10022
Telephone: 212.492.2500
Facsimile:  212.492.2501
www.ogletreedeakins.com

Erik D. Mass
212.492.2517
erik.mass@ogletree.com

January 22, 2019

**VIA ECF**
The Honorable Mary Kay Vyskocil
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY  10007

> GRANTED.  Post-Discovery Conference on February 5, 2021 at 11:00 AM.
>
> Date: Jan. 26, 2021
> New York, New York
>
> *Mary Kay Vyskocil*
> Mary Kay Vyskocil
> United States District Judge

Re:   *Shove v. Intelligrated Systems, Inc., et al.*, 19-cv-10205 (MKV)

Dear Judge Vyskocil:

We represent Defendants Intelligrated Systems, Inc. and Honeywell International, Inc. (collectively "Defendants") in the above-referenced matter.  In accordance with Rule 2.G. of Your Honor's Individual Practices, and with Plaintiff's consent, Defendants respectfully write to request an adjournment of the Post-Discovery Conference currently scheduled for Friday, January 29, 2021 to Friday, February 5, 2021.  With Plaintiff's consent, Defendants also request an extension of time for the parties to file the joint status letter and pre-motion submissions from Friday, January 22, 2021 to Friday, January 29, 2021.  Defendants are requesting this brief adjournment because the COVID-19 pandemic has presented unforeseen challenges, and the parties have been unable to confer regarding discovery and their positions thereto in light of this Court's order dated January 15, 2021 (Dkt. No. 36).

This is Defendants' second request for an adjournment of the Post-Discovery Conference, and no party will suffer from granting this request.

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.

By: *s/ Erik D. Mass*
        Erik D. Mass

EDM:bjr
cc:   All counsel of record (via ECF)

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville
Houston ▪ Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis
Morristown ▪ Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland ▪ Raleigh ▪ Richmond
St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington