UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRADLEY SHOVE,

                Plaintiff,

-against-

INTELLIGRATED SYSTEMS, INC., and
HONEYWELL INTERNATIONAL, INC.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/5/2021

1:19-cv-10205-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

      On February 5, 2021, the Court held a Post-Discovery Conference. The Court advised the parties to prepare for trial to begin on April 12, 2021. The parties must consult the Trial Procedures in the Court's Individual Rules of Practice in Civil Cases, which provide that the parties must submit a proposed Joint Pretrial Order and other required pretrial filings by March 8, 2020. However, in light of the parties' ongoing attempts to resolve this matter consensually, by March 5, 2021, the parties may file a joint letter informing the Court of the status of their settlement negotiations and, if appropriate, request an extension of time to file their proposed Joint Pretrial Order and other required pretrial filings.

**SO ORDERED.**

**Date: February 5, 2021**
      **New York, NY**

                              _____
                              **MARY KAY VYSKOCIL**
                              **United States District Judge**