UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRADLEY SHOVE,

                Plaintiff,

-against-

INTELLIGRATED SYSTEMS, INC., and
HONEYWELL INTERNATIONAL, INC.,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/1/2021
```

1:19-cv-10205-MKV

ORDER SCHEDULING TRIAL

MARY KAY VYSKOCIL, United States District Judge:

      On February 5, 2021, the Court held the Post Discovery Conference in this matter. The parties represented that they anticipate proceeding to trial, although they are still engaging in settlement negotiations. The Court explained that, because of restrictions due to the Covid-19 pandemic, judges must request dates to schedule jury trials, and the Clerk's Office creates a schedule for each quarter. In an Order dated February 5, 2021, the Court advised the parties to prepare for trial to begin on April 12, 2021 and to file all required pretrial submissions by March 8, 2020 [ECF #5]. However, in light of the uncertainty regarding the trial date and the parties' ongoing settlement negotiations, the Court stated that the parties could file a letter, by March 5, 2021, informing the Court of the status of their settlement negotiations and request an extension of time to file their pretrial submissions.

      The Clerk's Office has now informed the Court that it has been allotted the dates May 26, 2021 through May 28, 2021 for the trial of this case. Accordingly, IT IS HEREBY ORDERED that the trial of this case will begin on May 26, 2021. IT IS FURTHER ORDERED that the parties shall file their proposed Joint Pretrial Order and other required pretrial filings by April 21, 2021. IT IS FURTHER ORDERED that the parties shall consult Chief Judge McMahon's Second Amended Standing Order, dated February 16, 2021, regarding Restrictions to Entry to

Courthouse, 21-mc-164.  The parties must continue to monitor the SDNY website for new or amended standing orders and protocols for entry into the Courthouse and for the conduct of jury trials during the Covid-19 pandemic.

  IT IS FURTHER ORDERED that, if the parties reach a settlement, they shall promptly file a joint letter informing the Court that they no longer intend to proceed to trial, so the Court can inform the Clerk's Office that the dates allotted for the trial of this case may be reassigned to another case awaiting trial.

**SO ORDERED.**

**Date:  March 1, 2021**  
   **New York, NY**

               **MARY KAY VYSKOCIL**  
               **United States District Judge**