UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
BRADLEY SHOVE,

           Plaintiff,       19-CV-10205 (OTW)

        -against-       **ORDER**

INTELLIGRATED SYSTEMS, INC., and
HONEYWELL INTERNATIONAL, INC.,

           Defendants.
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge:**

The parties have consented to my jurisdiction in accordance with 28 U.S.C. § 636(C). (ECF 52). The parties' proposed Joint Pretrial Order and other required filings pursuant to the Court's Individual Practices in Civil Cases §§ V and VI are due **April 21, 2021**. Trial of this case will begin on **May 26, 2021** as scheduled.

The parties are directed to review and comply with all Standing Orders issued by the Chief Judge of the Southern District of New York relating to courthouse protocol during the COVID-19 pandemic, which can be found on the Court's website at https://nysd.uscourts.gov/covid-19-coronavirus.

    **SO ORDERED.**

                                                  _s/ Ona T. Wang_
Dated: April 16, 2021                           **Ona T. Wang**
      New York, New York                  United States Magistrate Judge