# Ogletree Deakins

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys At Law*

599 Lexington Avenue, 17th Floor
New York, NY 10022
Telephone: 212.492.2500
Facsimile: 212.492.2501
www.ogletreedeakins.com

**MEMO ENDORSED**

Joseph B. Cartafalsa
212.492.2081
joseph.cartafalsa@ogletree.com

---

> The Court will hold a pretrial conference on **Friday, April 23, 2021 at 2:30 pm**. The dial in information is (866) 390-1828, access code 1582687.
>
> The parties' proposed Joint Pretrial Order due April 21, 2021 shall address which witnesses are expected to testify in person and which are expected to testify remotely (i.e., via video, affidavit, or deposition testimony).
>
> **SO ORDERED.**
>
> _____
> Ona. T. Wang 4/19/21
> U.S.M.J.

April 16, 2021

**Via ECF**
Hon. Ona T. Wang
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *Shove v. Intelligrated Systems, Inc., et al.*
              Case No. 19-cv-10205 (MKV)(OTW)

Dear Judge Wang:

      This firm represents the Defendants in the above action, and we write with the consent of Plaintiff.

      Shortly prior to the assignment of this matter to Your Honor, Defendants, with Plaintiff's consent, had requested a brief adjournment of the trial date due to unavailability of key witnesses. [See ECF Docket Nos. 47, 48 and 49.] Judge Vyskocil did not directly address the motion, but ordered a Pre-Trial Conference for April 15, 2021. As the parties had consented to trial before Your Honor, Judge Vyskocil adjourned the Pre-Trial Conference.

      Defendants' therefore respectfully request that Your Honor consider a brief adjournment of the trial date to a date convenient for the Court. Upon consultation with Plaintiff's, the parties are unavailable: June 21 – July 6, August 16 – September 3, and September 15 – 17. Additionally and alternatively, the parties are available for a Pre-Trial Conference at Your Honor's convenience.

      The parties will submit the proposed Joint Pre-Trial Order on April 21, 2021, as originally ordered. Other than the essentially identical request to Judge Vyskocil, this is Defendants' first request for an adjournment of the trial.

                            Respectfully submitted,

                              */s/ Joseph B. Cartafalsa*

                              Joseph B. Cartafalsa

JBC:bjr
cc: Counsel of record (via ECF)

46816110.1

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville
Houston ▪ Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis
Morristown ▪ Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland ▪ Raleigh ▪ Richmond
St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington