**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
BRADLEY SHOVE,

                Plaintiff,　　　　　　　　19-CV-10205 (OTW)

                -against-　　　　　　　　**ORDER**

INTELLIGRATED SYSTEMS, INC., and
HONEYWELL INTERNATIONAL, INC.,

                Defendants.
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge:**

The Court will hold a pretrial conference on **Thursday April 29, 2021 at 12:00 p.m**. The dial in information is (866) 390-1828, access code 1582687.

**SO ORDERED.**

_s/ Ona T. Wang_

Dated: April 26, 2021　　　　　　　　**Ona T. Wang**
      New York, New York　　　　　United States Magistrate Judge