UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRADLEY SHOVE,

Plaintiff,

-against-

INTELLIGRATED SYSTEMS, INC., et al.,

Defendant(s).

19-CV-10205 (OTW)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___5/3/21___

**BARBARA MOSES, United States Magistrate Judge.**

At the request of the Honorable Ona T. Wang, a settlement conference is scheduled before Magistrate Judge Barbara Moses on **May 6, 2021, at 2:15 p.m.** In advance of the conference, Judge Moses will hold a brief telephonic pre-settlement conference on **May 4, 2021**, **at  4:00 pm**, for counsel only, to discuss the status of settlement negotiations and the Court's rules for the May 6 conference. The pre-settlement conference can be accessed by dialing **(888) 557-8511** and entering the code **7746387#**.

Dated: New York, New York
        May 3, 2021

**SO ORDERED**.

_____

**BARBARA MOSES**
**United States Magistrate Judge**