UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------x
BRADLEY SHOVE,                                               :
                                                             :
                        Plaintiff,                           :       19-CV-10205 (OTW)
                                                             :
                -against-                                    :       **ORDER**
                                                             :
INTELLIGRATED SYSTEMS, INC., and                             :
HONEYWELL INTERNATIONAL, INC.,                               :
                                                             :
                        Defendants.                          :
                                                             :
-------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge:**

It has been reported to the Court that this case has been settled in principle. Accordingly, it is ORDERED that the above-entitled action be and is hereby dismissed and discontinued without costs, and without prejudice to the right to reopen the action within **fourteen days** of the date of this Order. To be clear, any application to reopen **must** be filed **within fourteen days** of this Order; any application to reopen filed thereafter may be denied solely on that basis. Any pending motions are terminated as moot, and all conferences are adjourned.

In the event that the case is reopened, the Court will hold a final pretrial conference on **May 21, 2021 at 2:30 p.m**. and trial will occur as previously scheduled on **May 26, 2021**.

The Clerk of Court is directed to close the case.

**SO ORDERED.**

Dated: May 7, 2021
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge